672 A.2d 1318

**Dorothy GNARRA, Appellant,**

v.

**DEPARTMENT OF LABOR AND INDUSTRY INDUSTRIAL BOARD, Appellee.**

Supreme Court of Pennsylvania.

Argued March 6, 1996.

Decided March 19, 1996.

Reargument Denied April 29, 1996.

George W. Jacoby, Deborah A. Liotus, for Dorothy Gnarra.

Richard C. Lengler, for Department of Labor & Industry Industrial Board.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

NEWMAN, J., did not participate in the consideration or decision of this case.